

Kevin O'Brien <kobrien@fordobrien.com>

## HSC Departure
9 messages

**Evan W. Bolla** <ewbolla@sc-harris.com>  Thu, Apr 21, 2016 at 4:17 PM
To: Kevin O'Brien <kobrien@fordobrien.com>

FOR SETTLEMENT PURPOSES ONLY

Kevin,

I have been asked to reach out to you regarding trying to resolve your departure from the firm. We received your recent view of splits which are significantly different then those we recently sent to you. In some cases in your favor but in other cases in our favor. There are moneys you credit that have not been received and other significant discrepancies. Regardless, it appears there are two general frame works we can use to resolve things. As I'm sure you are aware, the firm maintains its interest in the Kalachs' contingency matter. Ultimately any contingency fee would be split between our firm and your firm based on time billed on the file. The firm would be willing to simply agree to assign you its interest in that contingency matter and the parties would go their separate ways. Alternatively, the firm would maintain its interest in the contingency fee and attempt to reach an agreement on a payment to you. I will note that considering the lack of notice provided to the firm, the breaches of duty in contacting clients, and the time and expense incurred by the firm as a result, the firm does not intend to pay 100% on the dollar. We further note that under the law you would not be entitled to any portion of money received after your departure. With that in mind the firm is willing to offer you $35,000 while maintaining its interest in Kalach to resolve things.

I am out of the office tomorrow but otherwise available to discuss next week.

All the Best,

**Evan W. Bolla**
Harris, St. Laurent & Chaudhry LLP
40 Wall St.
53rd Floor
New York, New York 10005
Dir. Tel.: 917-512-9472
Firm. Tel.: 212-397-3370
Fax: 212-202-6206
ewbolla@sc-harris.com
www.sc-harris.com