**HARRIS, ST. LAURENT
AND CHAUDHRY LLP**

*MEMO ENDORSED*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/16

December 22, 2016

**Via ECF**
Honorable Gabriel W. Gorenstein
United States Courthouse
500 Pearl St.
Courtroom 6B
New York, NY 10007-1312

Re:  O'Brien v. Harris, St. Laurent & Chaudhry LLP (16-cv-06236)

Dear Judge Gorenstein:

We write to request a brief extension of time to file an answer and counterclaims on behalf of Defendant Harris, St. Laurent & Chaudhry LLP ("HSC").  At the November 28, 2016 initial conference before the Honorable Laura Taylor Swain, Judge Swain provided Defendants 30 days to file an answer and counterclaims in response to the claims that were not subject to Defendants' pending motion to dismiss.  As such, HSC's answer and counterclaims would be due December 28, 2016.  Due to travel schedules and other logistical concerns around the holidays HSC requests an extension of time until January 6, 2017 to file its answer and counterclaims.

Plaintiff has consented to this extension.  Please do not hesitate to contact the undersigned should the Court require further clarification.

Respectfully Submitted,

Evan W. Bolla

*Granted.*

SO ORDERED   DATE 12/22/16
GABRIEL W GORENSTEIN
UNITED STATES MAGISTRATE JUDGE